UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00377-JDP |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) | |
| VIVIAN J. EVANS, | ) | DATE:  October 12, 2021 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00377-JDP is GRANTED.

It is further ordered that the initial appearance scheduled on October 12, 2021, is vacated.

IT IS SO ORDERED.

Dated: September 28, 2021

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge